IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DON ROBERT FAIRCLOTH,

    Plaintiff,

v.

TOBE KARRH, Assistant Public
Defender,

    Defendant.

CIVIL ACTION NO.: CV611-044

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff states Assistant Public Defender Karrh should be liable under 42 U.S.C. § 1983 for allegedly violating his due process rights. As correctly noted in the Magistrate Judge's Report, public defenders are not subject to liability under § 1983 when performing traditional functions as counsel to a defendant in a criminal proceeding.

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 20th day of June, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)